# THE LAW OFFICES OF
# JOSEPH A. BONDY

APPLICATION GRANTED.
SO ORDERED.
Dated:  Brooklyn, New York
        9/8/06

/s/
CAROL BAGLEY AMON
United States District Judge

JOSEPH A. BONDY

OF COUNSEL
ROBERT FOGELNEST*
HILARY SEMEL

*ADMITTED IN NY & PA

401 GREENWICH STREET
FIFTH FLOOR
NEW YORK, NY 10013
TEL 212.219.3572
FAX 212.219.8456

JOSEPH@BONDYLAW.COM
WWW.BONDYLAW.COM

September 8, 2006

The Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 2 0 2006 ★
P.M. _____
TIME A.M. _____

Re:  United States v. Christopher Chin, 06-CR-218 (CBA)

Dear Judge Amon:

Defendant Christopher Chin respectfully requests the following modifications to his electronic monitoring conditions:

1. Permission to spend time caring for his mother, who resides on Chrystie Street in Manhattan, Tuesdays and Fridays from 4:00 to 7:30 p.m., and Saturdays from 11:00 a.m. to 9:00 p.m.

2. Permission to attend an Iron Worker's Union rally, which is an employment obligation for Mr. Chin as a union apprentice, this Saturday, September 9, 2006, from 10:00 a.m. to 6:00 p.m.

*AUSA Jeffrey A. Goldberg does not oppose these proposed modifications.*

Thank you for consideration of the instant application.

Respectfully submitted,
Joseph A. Bondy

Cc:  AUSA Jeffrey A. Goldberg